|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 28 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

RYAN ROE; et al.,

    Plaintiffs - Appellants,

 v.

DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction; et al.,

    Defendants - Appellees.

No. 23-2807

D.C. No. 1:23-cv-00315-DCN
District of Idaho, Boise

ORDER

Before: WARDLAW, CHRISTEN, and BENNETT, Circuit Judges.

The Court **GRANTS** Appellants' Motion for Exemption from Circuit Rule 46-5. **Dkt. No. 117.**